IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____   :
                                      :
MIGUEL DURAN,                         :
                                      :
            Plaintiff,                :     Civil No. 07-3589 (RMB/JS)
                                      :
      v.                              :     **MEMORANDUM ORDER**
                                      :
WARDEN GARY MERLINE, et al.,          :
                                      :
            Defendants.               :
_____   :

**BUMB**, UNITED STATES DISTRICT JUDGE:

    This matter comes before the Court upon two appeals of discovery rulings of United States Magistrate Judge Schneider, pursuant to Local Civil Rule 72.1(c), by plaintiff Miguel Duran (the "Plaintiff").

    Local Civil Rule 72.1(c) provides, "Any party may appeal from a Magistrate Judge's determination of a non-dispositive matter <u>within 10 days</u> after the party has been served with a copy of the Magistrate Judge's order . . . ." L. Civ. R. 72.1(c) (emphasis added). Plaintiff's appeals are dated, respectively, March 9, 2010 and March 13, 2010. Although it is not clear from Plaintiff's submissions which rulings he intends to appeal, Magistrate Judge Schneider has not issued any appealable orders within the applicable 10-day period to appeal. Magistrate Judge

1

Schneider's orders of March 5, 9, 10, and 11, 2010, merely restate prior rulings in response to Plaintiff's repetitive discovery motions.  Plaintiff cannot avoid Rule 72.1(c)'s ten-day limitation merely by bringing the same discovery motion multiple times, and then filing a timely appeal of the Court's most recent order.  In any event, the Court has reviewed Magistrate Judge Schneider's underlying orders and it finds that they are not clearly erroneous or contrary to law.  See <u>Wachtel v. Guardian Life Ins. Co.</u>, 239 F.R.D. 376, 384 (D.N.J. 2006) (citing <u>Cipollone v. Liggett Group, Inc.</u>, 785 F.2d 1108 (3d Cir. 1986)).

Plaintiff has abused the litigation process by filing numerous, repetitive, and voluminous submissions.  Going forward, this Court will accept Rule 72.1(c) submissions from Plaintiff only if they are <u>three pages or less</u> in length (including exhibits), and only if they <u>identify by Docket Entry</u> the precise order(s) of which Plaintiff seeks review.  This Court will not expend its resources parsing needlessly long and/or illegible submissions.  If the Court requires further briefing on a future motion, Plaintiff will be notified.

For these reasons,

**IT IS** on this, the **23rd** day of **March 2010**, hereby

**ORDERED** that Plaintiff's appeals of Magistrate Judge Schneider's discovery orders shall be **DENIED**; and it is further

**ORDERED** that the Court will consider only future Rule

2

72.1(c) submissions from Plaintiff that **CONFORM** to this Order.

                                        <u>s/Renée Marie Bumb</u>
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE